# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES ERLE BONE, #2266053 | § | |
| | § | Civil Action No. 4:21-CV-201 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| SHERIFF JIM SKINNER, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 (Dkt. #2).   On February 24, 2022, the report and recommendation of the Magistrate Judge was entered (Dkt. #35), containing proposed findings of fact and recommendations that Defendant Sheriff Jim Skinner's Motion to Dismiss (Dkt. #16) and Defendants Michael Mixon, M.D. and Janet Swain's Motion to Dismiss (Dkt. #19) each be granted, and that *pro se* Plaintiff James Erle Bone's claims against each Defendant be dismissed.  Having received the report of the Magistrate Judge, and no objections thereto having been timely filed to this report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant Sheriff Jim Skinner's Motion to Dismiss (Dkt. #16) and Defendants Michael Mixon, M.D. and Janet Swain's Motion to Dismiss (Dkt. #19) are hereby **GRANTED**.

It is further **ORDERED** that *pro se* Plaintiff James Erle Bone's civil rights lawsuit is **DISMISSED**.   SIGNED this the 27th day of March, 2022.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE